UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 20-14283-CIV-CANNON/Maynard

**MARGARET A. MURRAY and**
**DENNIS E. MURRAY, Sr.,**

    Plaintiffs,

v.

**UNIVERSAL PROPERTY & CASUALTY**
**INSURANCE COMPANY,**

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon Magistrate Judge Shaniek M. Maynard's Paperless Report and Recommendation ("Report") [ECF No. 124], issued on July 27, 2021. In the Report, Judge Maynard recommends that Plaintiff's Renewed Motion for Sanctions [ECF No. 105] be **DENIED AS MOOT**. No party has filed an Objection to the Report, and the time to do so has expired. The Court has conducted a review of the Report, the full record in this case, and is otherwise fully advised in the premises. Upon review of the foregoing materials, the Court finds the Report to be well-reasoned and correct. The Court therefore agrees with the analysis in the Report and concludes Plaintiff's Renewed Motion for Sanctions [ECF No. 105] must be denied as moot for the reasons set forth therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. Magistrate Judge Shaniek M. Maynard's Paperless Report and Recommendation [ECF No. 124] is **ADOPTED**.

CASE NO. 20-14283-CIV-CANNON/Maynard

2. Plaintiff's Renewed Motion for Sanctions [ECF No. 105] be **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Pierce, Florida this 8th day of September 2021.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record